UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 07-22714-CIV-ALTONAGA

**RALLY MANUFACTURING, INC.**,

    Plaintiff,

vs.

**OLD WORLD INDUSTRIES, INC.**,

    Defendants.

_____/

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing on plaintiff's Motion to Stay is set for **Monday, December 28, 2009 at 9:00 a.m.**, before the Honorable Cecilia M. Altonaga, in Courtroom 12-2 at 400 N. Miami Avenue, Miami, Florida.

Date:   December 2, 2009

                                          STEVEN M. LARIMORE, CLERK

                          By:   Clem Hammond for Patricia Snead
                                Courtroom Deputy for the
                               Honorable Cecilia M. Altonaga
                                     (305) 523-5515

cc:   counsel of record