UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-22714-CIV-ALTONAGA/Brown

**RALLY MANUFACTURING, INC.**,

    Plaintiff,

vs.

**OLD WORLD INDUSTRIES**,

    Defendant.
_____/

## ORDER

**THIS CAUSE** came before the Court upon parties' Agreed Motion for Extension of Time to Select Mediator [D.E. 48], filed on January 28, 2010. Being fully advised, it is hereby

**ORDERED AND ADJUDGED** that

1. The Agreed Motion **[D.E. 48]** is **GRANTED**.

2. The Order Setting Trial and Pre-trial Schedule **[D.E. 46]** is **AMENDED** as follows:

**February 8, 2010**    The parties shall select a mediator pursuant to Local Rule 16.2.B, shall schedule a time, date and place for mediation, and shall jointly **file a proposed order scheduling mediation** in the form specified by Local Rule 16.2.H. If the parties cannot agree on a mediator, they shall notify the Clerk in writing as soon as possible, and the Clerk shall designate a certified mediator on a blind rotation basis. Counsel for all parties shall familiarize themselves with and adhere to all provisions of Local Rule 16.2. Within **five (5) days** of mediation, the parties are required to file a mediation report with the Court.

**DONE AND ORDERED** in Chambers at Miami, Florida this 29th day of January, 2010.

                                                    */s/ Cecilia M. Altonaga*
                                                  **CECILIA M. ALTONAGA**
                                                  **UNITED STATES DISTRICT JUDGE**

cc: counsel of record