UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO: 07-22714-CIV-ALTONAGA/TURNOFF

| | |
|---|---|
| Rally Manufacturing Inc. | ) |
| Plaintiff, | ) |
| v. | ) |
| Old World Industries, Inc. | ) |
| Defendant | ) |

**NOTICE OF DESIGNATION OF MEDIATOR**

Plaintiff Rally Manufacturing, Inc. gives notice that the parties have designated: **John Christopher, Esq.** as mediator in this cause.

Respectfully submitted,

PERETZ CHESAL & HERRMANN, PL
Suite 1750 Miami Center
201 S. Biscayne Boulevard
Miami, FL 33131
Tel. 305-341-3000
Fax. 305-371-6807
    /s/Steven I. Peretz
Steven I. Peretz
Fla. Bar No. 329037
speretz@pc-iplaw.com

BERENATO & WHITE, LLC
Suite 240
6550 Rock Spring Drive
Bethesda, Maryland 20817
Tel. 301-896-0600
Fax. 301-896-0607
Joseph W. Berenato, III
Pro Hac Vice
jberenato@bwsiplaw.com

Certificate of Service

I HEREBY CERTIFY that on the 9th day of February, 2010 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified below in the manner specified either via CM/ECF or other manner for those who are not authorized to receive notices electronically.

By: Steven I. Peretz
Steven I. Peretz
FL Bar No. 329037
speretz@pc-iplaw.com

Martin Steinberg, Esq.
Hunton & Williams, LLP
1111 Brickell Avenue, Suite 2500
Miami, FL 33131
msteinberg@hunton.com

Ronald A. DiCerbo, Esq.
McAndrews Held & Malloy, Ltd.
500 West Madison, 34th Floor
Chicago, IL 60661
rdicerbo@mcandrews-ip.com